**Order entered November 18, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00115-CR

**MARCO ANTONIO CASTILLO ALVARADO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F16-20876-V**

## ORDER

Before the Court is the State's November 14, 2019 second motion for extension of time to file its brief. The State's brief has been tendered with the motion. We **GRANT** the motion and **ORDER** the State's brief filed as of the date of this order.

/s/    LANA MYERS
        JUSTICE